IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JORDAN M.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of<br>Social Security Administration,<br><br>　　　　　　Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:25-cv-00560-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On June 16, 2026, United States Magistrate Judge Dustin B. Pead issued a Report & Recommendation (R&R) recommending that the court affirm the Commissioner's decision in this case. The parties were given fourteen days to file objections to the R&R. Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R <u>de novo</u>, as required by 28 U.S.C. § 636(b)(1)(C). The court agrees that the Commissioner's decision should be affirmed. Accordingly, the court adopts the R&R (ECF No. 16) in its entirety.

### ORDER

The decision of the Commissioner is affirmed.

DATED this 1st day of July, 2026.

BY THE COURT:

Tena Campbell
United States District Judge